# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 18, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

137161

BETTY SIMON and BOBBY SIMON, SR.,
      Plaintiffs-Appellants,

v

                                      SC: 137161
                                      COA: 277070

KIM WIDRIG, C.R.N.A., PASTOR A.
APEROCHO, JR., M.D., LIFECARE
ANESTHESIOLOGISTS, P.C., and
HILLSDALE COMMUNITY HEALTH
CENTER,                               Hillsdale CC: 06-000408-NH
      Defendants-Appellees.

_____/

      On order of the Court, the application for leave to appeal the July 15, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      KELLY, C.J., and CAVANAGH and HATHAWAY, JJ., would grant leave to appeal.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 18, 2009

d0311

_____
Clerk